IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA ODUM**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **08-908-MJR** |
| ) | |
| **CROWNLINE BOATS, INC.**, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is defendant Crown Boat's motion to compel plaintiff Linda Odum to respond to interrogatories and requests for production propounded on or about April 13, 2009. (Doc. 14). Plaintiff has failed to respond to the discovery requests, and a protective order was not sought. No response to the subject motion was filed.

**IT IS THEREFORE ORDERED** that, in accordance with Federal Rules of Civil Procedure 33(b)(4) and 37(a)(2)(B), the subject motion to compel (Doc. 14) is **GRANTED**. On or before **December 10, 2009**, plaintiff Linda Odum shall, without objection, fully respond to defendant Crown Boat's interrogatories and requests for production propounded on or about April 13, 2009.

    **IT IS SO ORDERED.**

    **DATED: November 24, 2009**

                                             **s/ Clifford J. Proud**
                                             **CLIFFORD J. PROUD**
                                             **U. S. MAGISTRATE JUDGE**